## Commonwealth ex rel. Ramp, Appellant, *v.* Russell.

Submitted November 15, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Richard P. Ramp,* appellant, in propria persona.

*Robert M. Keim,* District Attorney, for appellee.

OPINION PER CURIAM, December 12, 1962:
The order of the court below refusing the writ is affirmed on the opinion of President Judge THOMAS F. LANSBERRY reported in 28 Pa. D. & C. 2d 632.